UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-1155-GW-AFMx | Date | July 29, 2022 |
|---|---|---|---|
| Title | *Submarine Entertainment, LLC et al v. Submarine Haven B.V.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - SCHEDULING ORDER**

      The Court has reviewed the parties' Joint Rule 26(f) Status Report (Docket No. 26) and finds it can set the schedule in this matter without hearing further statements from the parties. As per C.D. Cal. L.R. 7-15, the August 1, 2022 scheduling conference date is taken off calendar. This lawsuit was filed on February 18, 2022.

      The Court sets the following dates:

1. The parties are free to amend pleadings under Fed. R. Civ. P. 15 up to August 12, 2022. Thereafter, any further amendments must be made by motion under Rule 16.

2. Post-mediation status conference is set for December 19, 2022 at 8:30 a.m., with mediation to be completed by December 13 and a joint report re mediation filed by December 15. The parties have chosen to mediate through a private mediation service. The parties will make arrangements so that the mediation can be completed by December 13.

3. All regular discovery will be completed by January 27, 2023. By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

4. Initial expert disclosures will be made by February 17, 2023, with rebuttal disclosures due by March 17, 2023, and an expert discovery cut-off of April 14, 2023.

5. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is May 15, 2023.

| | : |
|---|---|
| Initials of Preparer | JG |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-1155-GW-AFMx | Date | July 29, 2022 |
|---|---|---|---|
| Title | *Submarine Entertainment, LLC et al v. Submarine Haven B.V.* | | |

6. The pre-trial conference will be held on June 8, 2023 at 8:30 a.m. *See* Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials at **http://www.cacd.uscourts.gov/sites/default/files/documents/GW/AD/Final%20Pretrial%20Order**.

7. Jury trial will begin on June 20, 2023 at 9:00 a.m.

:

Initials of Preparer    JG